UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In Re: Application for Exemption from the Electronic Public Access Fees for Bill Lichtenstein on behalf of Filmmakers Collaborative Inc. | ) ) ) ) ) ) ) | Miscellaneous Business Docket No. 22-mc-91417-FDS |

**ORDER**

This matter is before the Court upon the application and request by Bill Lichtenstein for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Bill Lichtenstein, an individual researcher on behalf of Filmmakers Collaborative Inc. falls within the class of users listed in the fee schedule under Section (501)(c)(3) not-for-profit organizations. Additionally, Mr. Lichtenstein has demonstrated that an exemption is necessary to avoid unreasonable burdens and to promote public access to information for a documentary that he is producing regarding the Massachusetts child welfare system.  Mr. Lichtenstein shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court for Civil Action No. 1:10-cv-30073-WGY (Connor B v. Patrick) from what was a multi-week trial.  Mr. Lichtenstein is working with experts to review the functioning of the state's child welfare system -- which was documented in this case in evidence and testimony -- in order to identify issues with the system and propose solutions for the benefit of children and families.

Mr. Lichtenstein shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court.  Additionally, the following limitations apply:

i. this fee exemption applies only to Bill Lichtenstein, and is valid only for the purposes stated above;
ii. this fee exemption applies only to the electronic case files of this court for Civil Action No. 1:10-cv-30073-WGY that are available through the PACER system;
iii. by accepting this exemption, Mr. Lichtenstein agrees not to sell for profit any data obtained as a result of receiving this exemption;
iv. Mr. Lichtenstein is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases;
v. this exemption is valid until March 2023.

This exemption may be revoked at the discretion of the Court at any time.  A copy of this Order shall be sent to the PACER Service Center.

Dated:  August 19, 2022

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Chief Judge, United States District Court